IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHAE YI YOU AND<br>CHUR K. BACK | : | |
| Plaintiffs | : | |
| v. | : | CIVIL ACTION FILE<br>NO.: 1:12-CV-00202-JEC-AJB |
| JP MORGAN CHASE BANK, N.A<br>And FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, | : | |
| Defendants | : | |

## **ORDER**

Having come before this Court, Plaintiffs' Motion for leave to file Response In Opposition To Defendant's Motion To Dismiss six (6) Days Out of Time, and for good cause shown, IT IS HEREBY ORDERED, that Plaintiffs' Brief in Opposition to the Defendants' Motion to Dismiss filed out of time on March 1, 2012 will be accepted and considered by the Court.

SO ORDERED this ____ day of _____, 2012.

_____
Alan J. Baverman, Magistrate JUDGE
United States District Court