## AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Georgia

Chae Yi You, et al
    Plaintiff(s),
vs.

JP Morgan Chase Bank, N.A., et al
    Defendant(s).

Attorney: David C. Ates

David Ates, P.C.
805 Peachtree St., NE, #613
Atlanta GA 30308

*55377*

Case Number: 1:12-CV-00202-JEC-AJB

Legal documents received by Same Day Process Service, Inc. on 03/07/2012 at 1:01 PM to be served upon **Federal National Mortgage Association** at 3900 Wisconsin Ave., NW, Washington, DC 20016

I, **David Barefoot**, swear and affirm that on **March 08, 2012 at 3:05 PM**, I did the following:

Served **Federal National Mortgage Association** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Removal; Certificate of Service; Complaint;** to **CELIA ASINOR** as Paralegal & Authorized Agent of Federal National Mortgage Association at 3900 Wisconsin Ave NW, Washington, DC 20016.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5"4"-5"8" Weight: 131-160 lbs Skin Color: Black Hair Color: Black & Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**David Barefoot**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID: 55377

District of Columbia: SS
Subscribed and Sworn to before me,
this 14th day of March 2012

Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014