**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  CIVIL SECTION
CLERK OF COURT  404-215-1655

September 10, 2012

Therese S. Barnes, Clerk of Court
Supreme Court of Georgia
244 Washington Street
Room 572, State Office Annex Building
Atlanta, Georgia 30334

In Re: *Chae Yi You, et al., v JPMorgan Chase Bank, N.A., et al.,*
1:12-cv-202-JEC

Dear Ms. Barnes:

Enclosed herewith is a certified copy of this Court's Order, filed September 7, 2012, certifying questions of state law to your court. The docket sheet, entire case file, including all documents referenced in the Court's Order are being transmitted to your court.

Please acknowledge receipt of the file by returning the enclosed copy of this letter.

Sincerely,


Denise D.M. McGoldrick
Deputy Clerk


enclosures