# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

September 10, 2012

S13Q0040

Theresa S. Barnes, Clerk of Court
Supreme Court of Georgia
244 Washington Street
Room 572, State Office Annex Building
Atlanta, Georgia 30334

In Re: *Chae Yi You, et al., v JPMorgan Chase Bank, N.A., et al.,*
1:12-cv-202-JEC

Dear Ms. Barnes:

Enclosed herewith is a certified copy of this Court's Order, filed September 7, 2012, certifying questions of state law to your court. The docket sheet, entire case file, including all documents referenced in the Court's Order are being transmitted to your court.

Please acknowledge receipt of the file by returning the enclosed copy of this letter.

Sincerely,

Denise D.M. McGoldrick
Deputy Clerk

enclosures

RECEIVED BY MAIL
AND FILED
SEP 1 3 2012
SUPREME COURT OF GEORGIA