

Date Produced: 09/17/2012

US DISTRICT COURT

The following is the delivery information for Certified Mail™ item number 7199 9991 7031 9584 7268. Our records indicate that this item was delivered on 09/11/2012 at 06:26 p.m. in ATLANTA, GA, 30334. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 1370124 3970158660 12cv202