IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHAE YI YOU, et al.,

    Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

CIVIL ACTION NO.

1:12-cv-202-JEC-AJB

## **ORDER**

This case is before the Court on plaintiffs' Motion for Leave to File Plaintiffs' Proposed First Amended Complaint [20]. On September 7, 2013, this Court stayed this case pending the Georgia Supreme Court's decision on questions certified to it in this case [15, 16]. On May 20, 2013, the Georgia Supreme Court answered the questions certified to it.

Pursuant to this Court's Order of September 7, 2012 [15], the parties had been directed to notify the Court how they wished to proceed within 60 days of the Supreme Court's decision, after which the Court would administratively reopen this action and proceed with the litigation. Implied in plaintiff's motion is a request to reopen this action, which the Court now does. (*See* Pls.' Mot. For Leave To File Pls.' Proposed First Am. Compl. [20].)

Accordingly, now pending before the Court is plaintiff's Proposed First Amended Complaint.  (*Id.*)  If defendant opposes plaintiff's efforts to amend the complaint, a response should be filed by **July 12, 2013**.  The Clerk shall reopen this action.


SO ORDERED, this 25th day of JUNE, 2013.


/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)