# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHAE YI YOU AND CHUR K. BACK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JP MORGAN CHASE BANK, N.A. & ) <br> FEDERAL NATIONAL MORTGAGE ) <br> ASSOCIATION, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:12-cv-00202-JEC-AJB |

## DEFENDANTS' MOTION TO STAY CERTAIN PRETRIAL AND DISCOVERY DEADLINES

Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae" and collectively with Chase, "Defendants") hereby move the Court to stay certain pretrial and discovery pending a ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint filed on March 14, 2014.

Defendants seek an Order staying the parties' obligations to serve initial disclosures, to participate in a Local Rule 26 conference and prepare an associated report and discovery plan, and to participate in discovery until after the Court rules

on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint filed concurrently herewith.

The Court has broad discretion to stay discovery until it has issued a ruling on a pending dispositive motion. *See Patterson v. U.S. Postal Serv.,* 901 F.2d 927, 929 (11th Cir. 1990) (holding district court did not abuse its discretion in staying discovery); *see also, Scroggins v. Air Cargo, Inc.*, 534 F.2d 1124, 1132 (5th Cir. 1976) (noting that this circuit has "constantly emphasized the broad discretion which a district judge may properly exercise in discovery matters" and holding that the district judge had properly stayed general discovery pending ruling on a dispositive motion); Northern District of Georgia Local Rule 26.2B ("The court may, in its discretion, shorten or lengthen the time for discovery.").

Defendants have moved to dismiss all claims set forth in Plaintiffs' Amended Complaint.  As resolution of Defendants' pending dispositive motion may significantly streamline the pending litigation, staying the parties' obligations to serve initial disclosures, to prepare a discovery plan, and to participate in discovery at this time is in the interest of judicial economy and will prevent the parties from undue burden and unnecessary expense.  Moreover, if the Court should decide that Plaintiffs have stated a viable claim, Plaintiffs will not be prejudiced by a short delay in the start of the discovery period.

Therefore, for the reasons set forth herein, Defendants respectfully request that the Court temporarily stay all deadlines required under the Local Rules or the Federal Rules of Civil Procedure pending the resolution of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.  Specifically, Defendants request that the following obligations – should any remain after the Court's ruling on their pending Motion – be stayed as follows:

(a) The parties' obligation to participate in a Local Rule 26(f) conference be stayed until sixteen (16) days after Defendants' deadline, if any, to file an Answer;

(b) The parties' obligation to serve initial disclosures and file a joint preliminary report and discovery plan be stayed until thirty (30) days after Defendants' deadline, if any, to file an Answer; and

(c) The parties' obligation to participate in discovery be stayed until thirty (30) days after Defendants' deadline, if any, to file an Answer.

For the Court's convenience, a proposed order granting the requested relief is attached to this Motion.

Respectfully submitted this 14th day of March, 2014.

**WARGO FRENCH, LLP**

*/s/ Teah N. Glenn*
SHANON J. MCGINNIS
Georgia Bar No. 387598
TEAH N. GLENN
Georgia Bar No. 430412
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
(404) 853-1500 (Telephone)

*Counsel for Defendants
JPMorgan Chase Bank, N.A. and
Federal National Mortgage
Association*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 14th day of March, 2014.

*/s/ Teah N. Glenn*
TEAH N. GLENN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHAE YI YOU AND CHUR K. BACK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:12-cv-00202-JEC-AJB |
| JP MORGAN CHASE BANK, N.A. & ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed electronically via CM/ECF a true copy of the foregoing **DEFENDANTS' MOTION TO STAY CERTAIN PRETRIAL AND DISCOVERY DEADLINES** in the United States District Court for the Northern District of Georgia and have served a true copy of same upon Plaintiffs through their counsel using the CM/ECF System, which will automatically send electronic mail notification of such filing to the following attorneys of record:

David C. Ates
David Ates, P.C.
805 Peachtree Street, NE, #613
Atlanta, GA 30308

This 14th day of March, 2014.

*/s/ Teah N. Glenn*
TEAH N. GLENN