# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHAE YI YOU AND CHUR K. BACK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JP MORGAN CHASE BANK, N.A. & )<br>FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:12-cv-00202-JEC-AJB |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY CERTAIN PRETRIAL AND DISCOVERY DEADLINES

Having considered the Motion to Stay Certain Pretrial and Discovery Deadlines submitted by Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae" and collectively with Chase, "Defendants"), the Motion is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, should any issues remain following the Court's ruling on Defendant's Motion to Dismiss Plaintiffs' Complaint, pretrial and discovery deadlines are stayed, as follows:

(1) The parties' obligation to participate in a Rule 26(f) conference is stayed until sixteen (16) days after Defendants' deadline, if any, to file an Answer;

(2) The parties' obligation to serve initial disclosures and file a joint preliminary report and discovery plan is stayed until thirty (30) days after Defendants' deadline, if any, to file an Answer; and

(3) The discovery period shall not commence until thirty (30) days after Defendants' deadline, if any, to file an Answer.

SO ORDERED this _____ day of _____, 2014.

_____
Judge Julie E. Carnes
United States District Court
Northern District of Georgia