UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHAE YI YOU, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-202-WBH |

## J U D G M E N T

This action having come before the Court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of defendant's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 30th day of September, 2014.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                        By:  *s/Denise D.M. McGoldrick*
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 30, 2014
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
        Deputy Clerk